UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

      **Plaintiff,**

v.                                               **Case No: 6:14-cv-1730-Orl-41KRS**

**KEVIN JAMES RAGAN and UNNAMED DEFENDANT,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Approval of Settlement (Doc. 31). United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation (Doc. 32), recommending that the Joint Motion be granted in part. No objections have been filed to the Report and Recommendation, and the time to do so has passed.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 32) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 31) is **GRANTED in part**.

3. The parties' settlement is preliminarily approved. The parties shall provide the Court with the executed settlement agreement, including any releases, along with a motion for final approval of the settlement **on or before August 25, 2015**. Failure

to do so will result in the approval of the settlement being denied and the continuation of the litigation.

**DONE** and **ORDERED** in Orlando, Florida on August 11, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record